**LEACH JOHNSON SONG & GRUCHOW**
SEAN L. ANDERSON
Nevada Bar No. 7259
RYAN D. HASTINGS
Nevada Bar No. 12394
8945 W. Russell Road, Suite 330
Las Vegas, NV 89148
Telephone:   (702) 538-9074
Facsimile:   (702) 538-9113
Email: sanderson@leachjohnson.com
Email: rhastings@leachjohnson.com
*Attorneys for Defendant Sundance Homeowners Association, Inc.*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC,<br><br>        Plaintiff,<br><br>vs.<br><br>SUNDANCE HOMEOWNER'S ASSOCIATION, INC.; JACKEL PROPERTIES, LLC, DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X,<br><br>        Defendants. | Case No.: 2:15-cv-01310-APG-GWF<br><br>**STIPULATION AND ORDER FOR AN EXTENSION OF TIME FOR DEFENDANT SUNDANCE HOMEOWNER'S ASSOCIATION TO FILE RESPONSE TO COMPLAINT (#1)**<br><br>**FIRST REQUEST** |

Plaintiff Nationstar Mortgage, LLC ("Plaintiff") and Defendant Sundance Homeowner's Association, Inc. ("Association"), by and through their undersigned counsel, hereby stipulate and agree as follows:

1. Plaintiff filed a Complaint on July 10, 2015 (#1).  Said Complaint was served on the Association on July 13, 2015.

2. Pursuant to Local Rule, an Answer to the Complaint is due on or before August 3, 2015.

3. The insurance carrier for the Association appointed counsel on July 24, 2015.

Plaintiff and the Association by and through their counsel hereby agree and stipulate to allow the Association an extension of time to file its Answer to Complaint.  Association shall

. . .

1  have until August 17, 2015, to file its Response.

2  DATED this ___4th__ day of August, 2015.    DATED this __4th___ day of August, 2015.

3  **LEACH JOHNSON SONG & GRUCHOW**    **AKERMAN LLP**

5  */s/ Ryan D. Hastings*                              */s/ Donna M. Wittig*_____
SEAN L. ANDERSON                                ARIEL E. STERN
Nevada Bar No. 7259                              Nevada State Bar No. 8276
RYAN D. HASTINGS                              DONNA M. WITTIG
Nevada Bar No. 1239                              Nevada State Bar No. 11015
8945 W. Russell Road, Suite 330              1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89148                      Las Vegas, Nevada  89144
*Attorney for Defendant Talasera and Vicanto*    *Attorneys for Plaintiff National Mortgage, LLC*
*Homeowners Association*

. . .

## ORDER

IT IS SO ORDERED.

Dated this ___5th___ day of August, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge

LEACH JOHNSON SONG & GRUCHOW
8945 West Russell Road, Suite 330, Las Vegas, Nevada 89148
Telephone: (702) 538-9074 – Facsimile (702) 538-9113