LEACH JOHNSON SONG & GRUCHOW
SEAN L. ANDERSON
Nevada Bar No. 7259
RYAN D. HASTINGS
Nevada Bar No. 12394
8945 W. Russell Road, Suite 330
Las Vegas, NV 89148
Telephone:   (702) 538-9074
Facsimile:   (702) 538-9113
Email: sanderson@leachjohnson.com
Email: rhastings@leachjohnson.com
*Attorneys for Defendant Sundance Homeowners Association, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC,<br><br>Plaintiff,<br><br>vs.<br><br>SUNDANCE HOMEOWNER'S ASSOCIATION, INC.; JACKEL PROPERTIES, LLC, DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X,<br><br>Defendants. | Case No.: 2:15-cv-01310-APG-GWF<br><br>**STIPULATION AND ORDER FOR AN EXTENSION OF TIME FOR DEFENDANT SUNDANCE HOMEOWNERS' ASSOCIATION, INC. TO REPLY IN SUPPORT OF ITS MOTION TO DISMISS (#10)**<br><br>**FIRST REQUEST** |

Plaintiff Nationstar Mortgage, LLC ("Plaintiff") and Defendant Sundance Homeowners' Association ("Association"), by and through their undersigned counsel, hereby stipulate and agree as follows:

1. Association filed a Motion to Dismiss Plaintiff's Complaint on August 17, 2015 (#10).

2. Plaintiff filed its Opposition to Motion to Dismiss on September 3, 2015 (#12).

3. Pursuant to Local Rule, a Reply in Support of Association's Motion to Dismiss is due on or before September 14, 2015.

Plaintiff and the Association by and through their counsel hereby agree and stipulate to allow the Association a two (2) week extension of time to file its Reply in support of its Motion to Dismiss. This additional time is appropriate because counsel for the parties in this case are

also involved in numerous cases pending in this Court, and counsel for the Association is facing imminent briefing deadlines in some of these cases. The Association shall have up to and including September 28, 2015, to file its Reply.

DATED this 14th day of September, 2015.        DATED this 14th day of September, 2015.

**LEACH JOHNSON SONG & GRUCHOW**              **AKERMAN LLP**

__/s/ Ryan D. Hastings_____              __/s/ Donna M. Wittig_____
SEAN L. ANDERSON                              ARIEL E. STERN
Nevada Bar No. 7259                           Nevada State Bar No. 8276
RYAN D. HASTINGS                              DONNA M. WITTIG
Nevada Bar No. 1239                           Nevada State Bar No. 11015
8945 W. Russell Road, Suite 330               1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89148                       Las Vegas, Nevada 89144
*Attorney for Defendant Sundance              Attorneys for Plaintiff National Mortgage, LLC*
*Homeowners' Association*

. . .

### ORDER

IT IS SO ORDERED.

Dated this __15th__ day of September, 2015.

_____
UNITED STATES DISTRICT COURT JUDGE