# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC, | Case No. 2:15-cv-01310-APG-GWF |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR LACK OF SUBJECT MATTER JURISDICTION** |
| SUNDANCE HOMEOWNERS ASSOCIATION, INC., *et al.*, | |
| Defendants. | |

This action was filed in this Court on the basis of diversity jurisdiction. (Dkt. #1.)  The complaint alleges that plaintiff Nationstar Mortgage, LLC and its members are citizens of Delaware and Texas. (*Id.* at 1.)  But it does not allege the citizenship of defendant Jackel Properties LLC's members. *See Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006) (stating that "an LLC is a citizen of every state of which its owners/members are citizens").  As the party seeking to invoke this Court's jurisdiction, Nationstar bears the burden of establishing jurisdiction exits. *See Naffe v. Frey*, 789 F.3d 1030, 1040 (9th Cir. 2015).

IT IS THEREFORE ORDERED that on or before March 18, 2016, plaintiff Nationstar Mortgage, LLC shall show cause in writing why this action should not be dismissed for lack of subject matter jurisdiction.

IT IS FURTHER ORDERED that defendants shall file a response on or before March 25, 2016.

DATED THIS 10th day of March, 2016.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE