1 | **LEACH JOHNSON SONG & GRUCHOW**
SEAN L. ANDERSON
2 | Nevada Bar No. 7259
RYAN D. HASTINGS
3 | Nevada Bar No. 12394
8945 W. Russell Road, Suite 330
4 | Las Vegas, NV 89148
Telephone:     (702) 538-9074
5 | Facsimile:     (702) 538-9113
Email: sanderson@leachjohnson.com
6 | Email: rhastings@leachjohnson.com
*Attorneys for Defendant Sundance Homeowners Association, Inc.*

7

8 | **UNITED STATES DISTRICT COURT**

9 | **DISTRICT OF NEVADA**

10 | NATIONSTAR MORTGAGE LLC,          | Case No.:  2:15-cv-01310-APG-GWF

11 |              Plaintiff,            | **STIPULATION AND ORDER FOR AN EXTENSION OF TIME FOR**

12 | vs.                               | **SUNDANCE HOMEOWNERS ASSOCIATION TO FILE A RESPONSE**

13 | SUNDANCE HOMEOWNER'S              | **TO NATIONSTAR MORTGAGE, LLC'S MOTION TO ALTER OR**
ASSOCIATION, INC.; JACKEL

14 | PROPERTIES, LLC, DOE INDIVIDUALS I- | **AMEND THE ORDER GRANTING IN PART DEFENDANT SUNDANCE**
X, inclusive, and ROE CORPORATIONS I-

15 | X,                                | **HOMEOWNER'S ASSOCIATION'S MOTION TO DISMISS (ECF NO. 37)**

16 |              Defendants.

17 |                                   | ***(First Request)***

18

19

20 |      Plaintiff, Nationstar Mortgage, LLC, by and through their attorney Donna M. Wittig of

21 | AKERMAN LLP and Defendant Sundance Homeowners Association (the "Association"), by

22 | and through their attorney Ryan D. Hastings of LEACH JOHNSON SONG & GRUCHOW,

23 | hereby stipulate and agree as follows:

24 |      1.    Plaintiff filed a Motion to Alter or Amend the Order Granting in Parti Defendant

25 | Sundance Homeowners Association's Motion to Dismiss on April 26, 2016

26 | (ECF No. 37).

27 | ///

28

*(Left margin, vertical text):* **LEACH JOHNSON SONG & GRUCHOW**
8945 West Russell Road, Suite 330, Las Vegas, Nevada 89148
Telephone: (702) 538-9074 – Facsimile (702) 538-9113

2.     The Parties have agreed to allow grant the Association an additional two-weeks to file a Response to Plaintiff's Motin Complaint [ECF. No. 37] up to and including **May 20, 2016.**

DATED this _____ day of May, 2016.

| AKERMAN LLP | LEACH JOHNSON SONG & GRUCHOW |
|---|---|
| /s/ Donna M . Wittig | /d/ Ryan D. Hastings |
| Donna M. Wittig, Esq. | SEAN L. ANDERSON |
| Nevada Bar No.: 11015 | Nevada Bar No. 7259 |
| 1160 Town Center Drive, Suite 330 | RYAN D. HASTINGS |
| Las Vegas, NV  89144 | Nevada Bar No. 1239 |
| *Attorneys for Plaintiff* | 8945 W. Russell Road, Suite 330 |
| *Nationstar Mortgage, LLC* | Las Vegas, Nevada 89148 |
| | *Attorney for Defendant Talasera and Vicanto* |
| | *Homeowners Association* |

## ORDER

IT IS SO ORDERED.

Dated:  May 17, 2016.

_____
**UNITED STATES DISTRICT COURT JUDGE**

**LEACH JOHNSON SONG & GRUCHOW**
8945 West Russell Road, Suite 330, Las Vegas, Nevada 89148
Telephone: (702) 538-9074 – Facsimile (702) 538-9113