**LEACH JOHNSON SONG & GRUCHOW**
SEAN L. ANDERSON
Nevada Bar No. 7259
RYAN D. HASTINGS
Nevada Bar No. 12394
8945 W. Russell Road, Suite 330
Las Vegas, NV 89148
Telephone:    (702) 538-9074
Facsimile:     (702) 538-9113
Email: sanderson@leachjohnson.com
Email: rhastings@leachjohnson.com
*Attorneys for Defendant Sundance Homeowners Association, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC,<br><br>                    Plaintiff,<br><br>vs.<br><br>SUNDANCE HOMEOWNER'S ASSOCIATION, INC.; JACKEL PROPERTIES, LLC, DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X,<br><br>                    Defendants. | Case No.: 2:15-cv-01310-APG-GWF<br><br>**STIPULATION AND ORDER FOR AN EXTENSION OF TIME FOR SUNDANCE HOMEOWNERS ASSOCIATION TO FILE A RESPONSE TO NATIONSTAR MORTGAGE, LLC'S MOTION TO ALTER OR AMEND THE ORDER GRANTING IN PART DEFENDANT SUNDANCE HOMEOWNER'S ASSOCIATION'S MOTION TO DISMISS (ECF NO. 37)**<br><br>*(Second Request)* |

Plaintiff, Nationstar Mortgage, LLC, by and through their attorney Donna M. Wittig of AKERMAN LLP and Defendant Sundance Homeowners Association (the "Association"), by and through their attorney Ryan D. Hastings of LEACH JOHNSON SONG & GRUCHOW, hereby stipulate and agree as follows:

   1.    Plaintiff filed a Motion to Alter or Amend the Order Granting in Part Defendant Sundance Homeowners Association's Motion to Dismiss on April 26, 2016 (ECF No. 37).

/ / /

2. The Parties first request to grant an extension to the Association to file a Response to Plaintiff's Motion to Dismiss [ECF. No. 37] up to and including May 20, 2016 was filed as ECF No. 38.

3. The Court issued a Order Granting the extension as ECF No. 39.

4. The Parties had originally agreed to a two-week extension and inadvertanly inserted a one-week extension date.

5. The Parties stipulate to extending the Association's deadline to **May 27, 2016** to allow the Association additional time to prepare its response.

6. This is the parties' second request for an extension and is not intended to cause any delay or prejudice to any party.

DATED this  26th  day of May, 2016.

| **AKERMAN LLP** | **LEACH JOHNSON SONG & GRUCHOW** |
|---|---|
| ___/s/ Donn a M. Wittig_____ | ___/s/ Ryan D. Hastings_____ |
| Donna M. Wittig, Esq. | SEAN L. ANDERSON |
| Nevada Bar No.: 11015 | Nevada Bar No. 7259 |
| 1160 Town Center Drive, Suite 330 | RYAN D. HASTINGS |
| Las Vegas, NV  89144 | Nevada Bar No. 1239 |
| *Attorneys for Plaintiff* | 8945 W. Russell Road, Suite 330 |
| *Nationstar Mortgage, LLC* | Las Vegas, Nevada 89148 |
| | *Attorney for Defendant Talasera and Vicanto Homeowners Association* |

**ORDER**

IT IS SO ORDERED.

_____
**UNITED STATES DISTRICT COURT JUDGE**
5/26/16