ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
TENESA S. POWELL, ESQ.
Nevada Bar No. 12488
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: tenesa.powell@akerman.com

*Attorneys for Plaintiff/Counter-Defendant Nationstar Mortgage LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC,<br><br>                Plaintiff,<br>vs.<br><br>SUNDANCE HOMEOWNER'S ASSOCIATION, INC.; Jackel PROPERTIES, LLC; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>                Defendants. | Case No.: 2:15-cv-01310<br><br>**JOINT NOTICE OF SETTLEMENT WITH STIPULATION AND ORDER TO ABATE** |
| JACKEL PROPERTIES, LLC,<br><br>                Counter-claimant,<br>vs.<br><br>NATIONSTAR MORTGAGE LLC,<br><br>                Counter-defendant. | |

Nationstar Mortgage LLC, Jackel Properties LLC, and Sundance Homeowner's Association, Inc. file this joint notice of settlement and stipulation to abate all deadlines for sixty (60) days.

. . .

. . .

. . .

1

Nationstar and Jackel have reached a settlement regarding the claims, causes of action, and defenses asserted in this action. Nationstar and Jackel are finalizing the terms and preparing a formal written settlement agreement and expect to file a stipulation of dismissal within the next sixty (60) days. To preserve judicial economy and as a result of the parties' agreement, the parties request the court abate all deadlines for sixty (60) days.

DATED this 3rd day of April, 2019.

| | |
|---|---|
| **AKERMAN LLP** | **LEACH KERN GRUCHOW ANDERSON & SONG** |
| By: */s/ Tenesa S. Powell*<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>TENESA S. POWELL, ESQ.<br>Nevada Bar No. 12488<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for Nationstar Mortgage LLC* | By: */s/ Ryan D. Hastings*<br>SEAN L. ANDERSON, ESQ.<br>Nevada Bar No. 7259<br>RYAN D. HASTINGS, ESQ.<br>Nevada Bar No. 12394<br>2525 Box Canyon Drive<br>Las Vegas, Nevada 89128<br><br>*Attorneys for Sundance Homeowners Association, Inc.* |

**MICHAEL F. BOHN, ESQ., LTD.**

By: */s/ Michael F. Bohn*
MICHAEL F. BOHN, ESQ.
Nevada Bar No. 1641
2260 Corporate Circle, Suite 480
Henderson, Nevada 89074

*Attorneys for Jackel Properties, LLC*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: 4/10/2019

2