# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC, | Case No.: 2:15-cv-01310-APG-GWF |
| Plaintiff | **Order for Stipulation of Dismissal or Status Report** |
| v. | |
| SUNDANCE HOMEOWNERS ASSOCIATION, INC., et al., | |
| Defendants | |

On April 10, 2019, the parties notified the court that they had settled this matter and requested 60 days to file a stipulation of dismissal. ECF No. 66. More than 90 days have passed without a stipulation of dismissal.

IT IS THEREFORE ORDERED that on or before July 31, 2019, the parties shall file either a stipulation of dismissal or a joint status report.

DATED this 19th day of July, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE