# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC, | Case No.: 2:15-cv-01310-APG-GWF |
| Plaintiff | **Order for Stipulation of Dismissal or Status Report** |
| v. | |
| SUNDANCE HOMEOWNERS ASSOCIATION, INC., et al., | |
| Defendants | |

On April 10, 2019, the parties notified the court that they had settled this matter and requested 60 days to file a stipulation of dismissal. ECF No. 66. On July 29, 2019, they requested 60 more days. ECF No. 68. More than 100 days have passed without a stipulation of dismissal.

I THEREFORE ORDER the parties to file either a stipulation of dismissal or a joint status report November 26, 2019.

DATED this 18th day of November, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE